UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SUSAN SWANSON | § | 6:24-cv-00047 |
| -VS- | § | |
| BROWN COUNTY SHERIFF DEPARTMENT | § | |
| BROWNWOOD POLICE DEPARTMENT | § | |
| BROWN COUNTY OF COURT AT LAW | § | |
| BROWN COUNTY APPRAISAL DISTRICT | § | |
| BROOKESMITH SUD | § | |
| CITY OF BROWNWOOD, TEXAS | § | |
| BROWNWOOD PUBLIC LIBRARY | § | |
| BROWNWOOD AREA CHAMBER OF COMMERCE | § | |
| ATTORNEY, STEVEN HAYNES | § | |
| ATTORNEY, MARK BESSENT | § | |
| ATTORNEY, CHRISTOPER MITCHELL | § | |
| JUDGE, SAM MOSS | § | |

COMPLAINT

I, SUSAN SWANSON, PLAINTIFF HAVE BEEN DEPRIVED OF MY CIVIL RIGHTS ORDINARILY SECURED BY THE UNITED STATES CONSTITUTION AND LAWS.  ARTICLE 14, BILL OF RIGHTS, 42 U.S.C., CH21, 1983.

1. LAW ENFORCEMENT

    PLAINTIFF HAS BEEN DENIED THE RIGHTS, PRIVILEGES, SECURITY, AND SUPPORT OF THE LOCAL LAW ENFORCEMENT INCLUDING THE BROWN COUNTY SHERIFF DEPARTMENT, BROWNWOOD POLICE DEPARTMENT, AND THE BROWN COUNTY OF COURT OF LAW.

A. BROWN COUNTY OF COURT AT LAW HAS DENIED THE RESOLUTION AND APPEAL OF PROBATE CASE #014566, BROWN COUNTY, TEXAS. THIS HAS BEEN DONE WITH A COLLUSION OF THE ATTORNEY'S, BOTH THE FAMILY'S HIRED ATTORNEY, MARK BESSENT, AND HIS ASSISTANT ATTORNEY, CHRISTOPHER MITCHELL, IN ORCHESTRATION WITH OPPOSING COUNSEL, AND BROWNWOOD MAYOR, STEVEN HAYNES, AND JUDGE SAM MOSS. THIS COLLUSION CONSTITUTING AND ACT OF ORGANIZED CRIMINAL ACTIVITY AND A VIOLATION OF CCrP, ART. 13.21. CHECKS ISSUED THROUGH THE BROWN COUNTY COURTHOUSE AS DISBURSEMENT TO THE PROBATE SETTLEMENT, REQUIRING PERSONAL IDENTIFICATION, WERE USED TO HACK THE PERSONAL, SOCIAL, AND FINANCIAL ACCOUNTS OF PLAINFIFF. CCrP, ART. 13.29.

B. BROWNWOOD POLICE DEPARTMENT HAS DENIED THE SUPPORT OF INVESTIGATION INTO THE BANK FRAUD PERPETRATED THROUGH MY CITIZEN'S NATIONAL BANK ACCOUNT, AND THE LINKED FINANCIAL INSTITUTIONS, RESULTING IN A MASSIVE FINANCIAL LOSS OF ASSETS TO THE PLAINTIFF. VIOLATING CCrP, ART. 13.295. THIS HAS BEEN ORCHESTRATED WITH THE LOCAL AUTHORITIES USING COMBINATIONS OF CYBERWARFARE, COMPUTER CRIMES, CCrP, ART 13.25, AND TELECOMMUNICATION CRIMES, CCrP ART 13.26.

C. BROWN COUNTY SHERIFF DEPARTMENT HAS DENIED THE SUPPORT OF LAW ENFORCEMENT AND COLLUDED WITH MY NEIGHBORS TO INVADE MY RESIDENCE TO OBTAIN THE FINANCIAL INFORMATION NEEDED TO COMMIT BANK FRAUD, STEAL DEBIT CARDS, AND DISABLE MY WI-FI SERVICES, FORCING ME ONTO THE BROWNWOOD PUBLIC LIBRARY SYSTEM, CURRENTLY BEING USED TO HACK MY EMAIL ACCOUNTS ,AND TRANSMIT THE TRANSFER OF MILLIONS OF DOLLARS WORTH OF BITCOINS OUT OF MY MEMPOOL ACCOUNTS, WHILE SIMULTANEOUSLY, PUBLISHING SMEAR CAMPAIGN VIDEOS ON THE WORLD WIDE WEB. VIOLATING MY CIVIL RIGHTS, AND THE CCrP, ART. 13.295, 13.21, 13.25,

      13.26, 13.29. OFFICER JAYSON BASTARDO, HAS COLLUDED WITH NEIGHBOR, CECILIA FERNANDEZ, BROWN COUNTY COURT OF LAW, AND THE STATE OF TEXAS TO FILE CHARGES OF DEADLY CONDUCT AGAINST PLAINTIFF, USING THE LEGAL SYSTEM AS A WEAPON TO FURTHER SLANDER AND ENTRAP.

D.    THE BROWNWOOD PUBLIC LIBRARY HAS COLLUDED WITH THE AUTHORITIES TO TAMPER WITH EVIDENCE TRANSMITTED BY FAX MACHINE, TO REPORT THE BANK FRAUD AND THEFT TO THE COMPTROLLER OF THE CURRENCY. THE LIBRARY INTERNET TECHNICAL PROVIDER, APOLLO COMPUTERS, HAS BEEN RESPONSIBLE FOR THE SET-UP OF CLONED DEVICES BEING LINKED TO THE MICROSOFT SYSTEM FOR THE TRANSMISSION OF DATA (BITCOINS) THROUGH MY FINANCIAL ACCOUNTS, WHILE SIMULTANEOUSLY, PUBLISHING THE DAMAGING VIDEOS, USING NUMEROUS SOCIAL MEDIA OUTLETS, INCLUDING U-TUBE, FACEBOOK, INSTAGRAM, AND TWITTER. THESE VIDEO'S ARE ACTIVATED USING NUMEROUS APPS, SUCH AS SHORTCUTS, KEYNOTES, OR BOOKMARKS, AND USING THE CLONED, BLUETOOTH DEVICES, SCREEN MIRRORING, AND A GOOGLE LENS.

E.    BROWN COUNTY TAX APPRAISAL OFFICE HAS BEEN SUPPORTIVE IN THE ABUSIVE FINANCIAL ATTACK BY INCREASING, MANIPULATING, AND ALTERING THE CLASSIFICATION OF MY PERSONAL PROPERTY. TAX CODE TITLE 1,CH. 41, SEC 41.11. IN THE LAST 5 YEARS, MY PROPERTY TAXES HAVE ALMOST TRIPLED. VIOLATING NUMEROUS TAX CODES. PROTEST HEARINGS HAVE BEEN, UNTIL THIS YEAR, UNRESPONSIVE TO THE MANIPULATION AND MASSIVE INCREASES, WITH NO IMPROVEMENTS MADE TO THE PROPERTY, AND A HOMESTEAD EXCEMPTION PLACED ON THE PROPERTY, WITHOUT MY KNOWLEDGE, IN ORDER TO CONCEAL THE MASSIVE INCREASE IN VALUATION. TAX CODE TITLE 1, SUBCHAPTER C, SEC. 41.41, 2,5,8,9.

2. PUBLIC UTILITIES

   A. BROOKESMITH SPECIAL UTILITY DISTRICT HAS BEEN RESPONSIBLE FOR THE DENIAL OF THE BASIC SOURCE OF WATER TO MY HOME. THIS HAS BEEN DONE USING A WATER LOCK THAT WAS PLACED ON MY PROPERTY IN MAY OF 2021 IN COLLUSION WITH THE CORRUPTION OF THE OTHER LOCAL AUTHORITIES. MY ACCOUNT WAS HACKED AT WALMART USING THE BILL PAYMENT SYSTEM LINKED TO BROOKESMITH WATER. THE ARE RESPONSIBLE FOR OPERATING WITH THE LAW ENFORCEMENT OFFICIALS TO PUBLISH VIDEOS, AND STEAL THE ASSETS FROM MY FINANCIAL ACCOUNTS. CCrP ART. 13.29. ARTICLE 14, BILL OF RIGHTS, 42 U.S.C., CH21 1983. THEY HAVE USED NUMEROUS METHODS TO CONCEAL THE DENIAL OF WATER THAT INCLUDE VANDALISM, AND TRESPASSING, ALONG WITH PROPERTY DAMAGE.

I PRAY, THE COURT OFFER SOME ACCOUNTABILITY AND RESTITUTION FOR THE VIOLATIONS, AND OFFENSES AGAINST THE PLAINTIFF AND THE LAWS. THE FINANCIAL LOSSES TO THE PLAINTIFF HAVE BEEN SUBSTANTIAL, AND IMMEASURABLE AT THIS PARTICULAR POINT AND TIME. THE REPREHENSIBLE AND PROLONGED SUFFERING CAUSED BY THE EXTENDED DENIAL OF MY BASIC HUMAN RIGHTS, SUPPORT FOR CIVIL RECOURSE, DURING WHICH TIME, THE LAW ENFORCEMENT OFFICIALS, NOT SIMPLY DENIED SUPPORT, BUT ACTUALLY COLLUDED WITH THE CORRUPTION FOR THEIR PERSONAL GAIN.

DATE_____

SIGNATURE _____

PRINT NAME _____

ADDRESS _____

CITY, STATE, ZIP: _____

TELEPHONE: _____

FAX: _____

E-MAIL _____





