IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| SUSAN SWANSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BROWN COUNTY SHERIFF )<br>DEPARTMENT, BROWNWOOD POLICE )<br>DEPARTMENT, *Et Al.*, )<br>)<br>Defendants. ) | <br><br><br><br><br><br><br><br><br><br><br>Civil Action No. 6:24-CV-047-C |

## ORDER

On this date, the Court considered Plaintiff's Motion to Proceed *In Forma Pauperis* and Motion for Appointment of Counsel, filed August 16, 2024.

As to Plaintiff's Motion for Appointment of Counsel, the courts are not empowered to make compulsory appointments in civil actions. *Mallard v. U.S. Dist. Court for the S. Dist. of Iowa*, 490 U.S. 196, 301-02 (1989). "There is no automatic right to the appointment of counsel; and in a civil case a federal court has considerable discretion in determining whether to appoint counsel." *Salmon v. Corpus Christi Indep. Sch. Dist.*, 911 F.2d 1165, 1166 (5th Cir. 1990). The Court finds that Plaintiff's claims do not raise novel or complex questions of law. Accordingly, Plaintiff's Motion for Appointment of Counsel is **DENIED**.

Because Plaintiff seeks permission to proceed *in forma pauperis*, she is subject to the screening provisions of 28 U.S.C. § 1915(e)(2).

The Court finds that Plaintiff's lawsuit is brought for the purpose of harassing the defendants. It is a malicious lawsuit premised upon claims which are frivolous and without merit. A lawsuit such as this one, although not the subject of motion to dismiss, may be

dismissed by a court even when filed by a plaintiff who has paid the filing fee. *Fitzgerald v. First East Seventh Street Tenants Corp.*, 221 F.3d 362, 363-64 (2d Cir. 2000); *Mallard v. United States District Court for the Southern District of Iowa*, 490 U.S. 296, 307-08 (1989) (stating in dicta that federal courts have the inherent authority to dismiss frivolous lawsuits "even in the absence of" a specific statutory provision); *see also Rouser v. Johnson*, 36 F.3d 90 (5th Cir. 1994) (unpublished) (stating that abusive, vexatious, groundless lawsuits may be dismissed *sua sponte* and the litigant sanctioned).

Therefore, the Court takes *sua sponte* note of these facts and circumstances surrounding this lawsuit and further finds that this lawsuit is abusive of the civil justice system. As such, Plaintiff's above-styled and -numbered civil cause of action is **DISMISSED** WITH PREJUDICE. All summons issued in this case are QUASHED and no further summons will be issued.

SO ORDERED.

Dated August 26, 2024.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE