FILED - USDC - NDTX - SA
OCT 1 '24 PM1:42
GL

UNITED STATES DISTRICT COURTS

FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SUSAN SWANSON | § | 6:24-cv-00047-C |
| V. | § | CASE NO. |
| BROWN COUNTY SHERIFF, ET AL | § | |

RESPONSE TO ORDER

1. PLAINTIFF, SUSAN SWANSON, comes forward to object to the opinion of the residing/assigned Judge, SAM CUMMINGS, when referring to the complaints set out in this proceeding as frivolous and without merit.

2. I further would like to address the issue of cyber-crimes that hacked my devices while downloading the ECR/PACER court system. It has been my contention that the attack on my devices and financial accounts are linked together in the form of a government over-ride, originally, a fraudulent fiat obtained by my ex-husband from the current Governor of Texas, and implemented by the Brown County authorities, and now, the federal court system and authorities, as well.

3. The videos used in the smear campaign are revenge pornography used in retaliation for the attorney grievances filed through the state bars, and not authorized by consent, to be

publish on the world wide web. *Ex Parte Fairchild-Porche. Tex penal code Ann. §§ 6.03. 21.12(b)*

4. I am uncertain, as to how, a sitting judge can make this decision without looking at the evidence.

5. I am currently holding the information that shows the Brown County Sheriff Department are the primary on my devices, over-riding the control of my devices and blocking my communications. Attachment included to address the legal issues of blocked communication and the devastating effects in a modern society reliant on the internet access to function.

6. PLAINTIFF, SUSAN SWANSON, further believes that the federal court system is currently operating, on behalf of government corruption, to steal the assets from her accounts, using the email address required by the government, to register for the electronic court records. This being the reason for the dismissal of the claims, in order to prevent the evidence from surfacing.

7. Assets missing from a financial institution in excess of 150,000.00, and fraud reported on said account, with linked financial institutions, is not frivolous or unfounded. This is the cause for a Federal Court necessity.

8. Plaintiff requests the courts allow an additional time to acquire the assistance of counsel, and options to seek options regarding additional redress by a neutral concensus of judges.

9. Plaintiff further requests, the exact issues with regards to frivolity to which the judge was referring, as the evidence has not yet been brought forth through discovery. *Chiaverini et el. v. city of napoleon, ohio*

SUSAN SWANSON

10135 CLYDE ST.

BANGS, TEXAS 76823

325 203-9278

JULIEJAMES138@OUTLOOK.COM

BLOCKED COMMUNICATION

1. DISABLES YOUR EFFECTIVE COMMUNICATIONS REQUIRED TO FUNCTION IN SOCIETY.
2. PUTS YOU AT RISK TO BE: ARRESTED, REJECTED FOR JOBS, TO APPEAR UNCARING, DISRESPECTFUL OR RUDE.
3. ISOLATES THEIR VICTIM
4. DISABLES SECURITY
5. FULL CONTROL FOR THE PRIMARY DEVICE.

MORTGAGE FRAUD CCrP Art. 13.271

FRAUDULENT USE OR POSSESSION OF IDENTIFYING INFORMATION  CCrP, Art. 13.29

CREDIT CARD OR DEBIT CARD ABUSE CCrP,13.291     SECTION 38.19 INTENT TO DEFRAUD

SECTION 32.31 PENAL CODE

SECTION 32.21 FORGERY

UNAUTHORIZED ACQUISITION OR TRANSFER OF CERTAIN FINANCIAL INFORMATION  CCrP, Art. 13.295

COMPUTER CRIMES  CCrP, Art. 13.25

CONSPIRACY  CCrP, Art. 13.13

MONEY LAUNDERING  CCrP Art. 13.35

STALKING  CCrP, Art. 13.36

TELECOMMUNICATIONS CRIMES  CCrP, Art. 13.26

ORGANIZED CRIMINAL ACTIVITY  CCrP, Art. 13.21

SEX TRAFFICING

COMPELLING PROSTITUTION

THEFT OF ANY ESTATE BY EXECUTOR, ADMIN, GUARDIAN, OR TRUSTEE  FELONIOUS Art. 12.01

DIGITAL SIGNATURE  CCrP, Art. 2.26,  CH. 32-33 PENAL CODE, SECTION 1.202(B)(37)  BUSINESS & COMMERCE CODE

PERGURY & AGGRAVATED PERGURY  CCrP, Art. 38.18

      If proof that his statement is false rests soley upon testimony of one witness other than the defendant

TAMPERING WITH EVIDENCE

SUSAN SWANSON
10135 CLYDE ST.
BANGS, TEXAS 76823

ABILENE TX 795
28 SEP 2024 PM 1 L

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
33 E. TWOHIG AVE. #202
SAN ANGELO, TEXAS 76903

325 655-4506

RECEIVED
OCT 1 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

X-RAY